# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**COREY SIPKIN PHOTOGRAPHY LLC,**
      Plaintiff,

v.                                                  Case No. 6:23-cv-820-JA-LHP

**KNUP SOLUTIONS LLC,**
      Defendant.

## ORDER OF DISMISSAL

The Court has been advised by Plaintiff that the above-styled action has been settled. (Notice of Settlement, Doc. 18).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this case is hereby **DISMISSED** subject to the right of any party, within forty-five days from the date of this Order, to move the Court to re-open the case for entry of a stipulated final order or a judgment or for further proceedings. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on August 21, 2023.

                                                  JOHN ANTOON II
                                                  United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties